# EXHIBIT B

## FOR SETTLEMENT PURPOSES ONLY
### (SD Protection)

### Calculation for Michael Fisher

### Period 1

**Assumptions:**   Period Worked            February 1, 2015 to July 31, 2015
                   Number of weeks worked   26 weeks
                   Hours worked/week        35 to 49 hours, interchangeable
                   Salary                   $10.00/hour

### Overtime Wage
Regular Rate of $10.00

Unpaid OT = 0.5 x (Regular Rate) x (Hours over 40) x (Weeks Working over 40 hours)
          = 0.5 x $10.00 x 9 x 13
          = $585.00

**Period 1 Total**   = $585.00

**Back wage** = $585.00

| | |
|---|---|
| NY State Liquidated Damage | = $585.00 |
| Statutory Penalty for Invalid Wage and Hour Notice | = $5,000.00 |
| Statutory Penalty for Invalid Wage Statement | = $5,000.00 |

**Total = $10,585.00**

Legal fees and expenses to be determined.