# Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   (212) 465-1188
cklee@leelitigation.com

June 6, 2018

**VIA ECF**
The Honorable Richard M. Berman, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:   *Fisher v. SD Protection Inc., et al.*
                Case No. 17-cv-2229

Dear Judge Berman:

      We are counsel to Plaintiff and write to respectfully request that the Court expedite its decision regarding *Cheeks* approval of the parties' settlement agreement.

      Our client is extremely upset and anxious as this matter has not yet been approved and he has not received his settlement payment, despite the fact that this case settled more than 7 months ago during a settlement conference before your Honor on October 25, 2017. Following the Court's determination regarding the appropriateness of certain settlement provisions on January 10, 2018 (by Memo Endorsed Order, ECF Dkt. No. 75), the fully executed settlement agreement and fairness submission was filed on January 30, 2018 (ECF Dkt. No. 78), however as of this date, there has been no approval.

      Moreover, the settlement payment is still subject to an installment plan and Defendants refuse to fund the installments until the Court approves the settlement. As such, the parties respectfully request that the Court expedite approval of the settlement.

      We thank Your Honor for considering this matter.

Respectfully submitted,

  */s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

1