UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
File No. 1:17-cv-02229-RMB-KNF

MICHAEL FISHER,

                                                **NOTICE OF APPEAL**

       Plaintiff,

       -against-

SD PROTECTION INC and
SANDRA DOMINGUEZ MERCADO,

       Defendants.

NOTICE IS HEREBY GIVEN that MICHAEL FISHER, plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order dated and entered on July 27, 2018 as ECF Dkt. No. 85.

Dated: August 24, 2018

                                                */s/ C.K. Lee*
                                                C. K. Lee, Esq. (CL 4086)
                                                LEE LITIGATION GROUP, PLLC
                                                30 East 39th Street, Second Floor
                                                New York, NY 10016
                                                Tel: 212-465-1188
                                                Fax: 212-465-1181
                                                *Attorneys for Plaintiff*