EXHIBIT B

[PROPOSED JUDGMENT]

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▼

|   |   |
|---|---|
| MICHAEL FISHER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 17-cv-2229 |
| SD PROTECTION INC., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* MICHAEL FISHER recover from the defendant *(name)* SD PROTECTION INC. and SANDRA DOMINGUEZ MERCADO the amount of Twenty one thousand dollars dollars ($ 21.00 ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of 9.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____.

☐ other: Pursuant to New York Labor Law Section 198(4), if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, the total amount of the judgment shall automatically increase by fifteen (15%) percent.

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge RICHARD M. BERMAN, U.S.D.J. on a motion for judgment pursuant to settlement agreement.

Date: ____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*