# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:     212-661-1008
                     anne@leelitigation.com

June 11, 2019

**Via ECF**
The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Fisher v. SD Protection Inc., et al.
               Case No. 17-cv-2229

Dear Judge Berman:

    We are counsel to Plaintiff. On May 23, 2019, Plaintiff filed a Motion to Enforce the Settlement (ECF Dkt. No. 88-90). The deadline for Defendants to oppose such motion was June 6, 2019.

    As of this date, five days after the deadline, Defendants have failed to file any opposition to the motion. As such, Plaintiff respectfully requests the motion be granted as unopposed.

    We thank the Court for considering this matter.

Respectfully,

*/s/ Anne Seelig*

Anne Seelig, Esq.

cc: all parties via ECF