# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-661-1008
anne@leelitigation.com

October 8, 2019

**<u>Via ECF</u>**

The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Fisher v. SD Protection Inc., et al.
<u>Case No. 17-cv-2229</u>

Dear Judge Berman:

We are counsel to Plaintiff.  On May 23, 2019, Plaintiff filed a Motion to Enforce the Settlement (ECF Dkt. No. 88-90).  The deadline for Defendants to oppose such motion was June 6, 2019.  By letter dated June 11, 2019, the undersigned informed the Court that Defendants failed to file any opposition to the motion, and as such, Plaintiff requested the motion be granted as unopposed. By Order dated June 13, 2019, the Court stated it would "…go the extra mile to give Defendant until June 21, 2019 to respond.  After that, the Court will enter Judgment." (ECF Dkt. No. 94).

As Defendant did not respond by the Court's June 21, 2019 deadline, or at all as of this date more than three months later, Plaintiff respectfully requests the Court grant the motion as unopposed, and enter Judgment.

We thank the Court for considering this matter.

Respectfully,

*/s/ Anne Seelig*

Anne Seelig, Esq.

cc: all parties via ECF