# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-661-1008
anne@leelitigation.com

November 4, 2019

**Via ECF**
The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Fisher v. SD Protection Inc., et al.
         Case No. 17-cv-2229

Dear Judge Berman:

  Pursuant to Chambers' instruction, attached please find the timesheets representing time spent in connection with Defendant's default in payment and Plaintiff's motion to enforce the settlement.

Respectfully,

*/s/ Anne Seelig*

Anne Seelig, Esq.

cc: all parties via ECF

1

SD PROTECTION

Timekeeper: Anne Seelig

---

| | | | |
|---|---|---|---|
| Date: | September 5, 2018<br>Call with Nolan Klein | Case: SD Protection | Hours Worked: 0.3 |
| Date: | September 11, 2018<br>Call with PF Michael Fisher | Case: SD Protection | Hours Worked: 0.4 |
| Date: | October 2, 2018<br>Legal research (0.1), email correspondence with Nolan Klein re past due installments (0.2), calls to Defendant Mercado (0.2) | Case: SD Protection | Hours Worked: 0.5 |
| Date: | November 9, 2018<br>Correspondence with plaintiff | Case: SD Protection | Hours Worked: 0.1 |
| Date: | May 20, 2019<br>Legal research re motion to enforce (0.3), Draft motion to enforce settlement (1.2) | Case: SD Protection | Hours Worked: 1.5 |
| Date: | May 23, 2019<br>Finalize and file motion to enforce | Case: SD Protection | Hours Worked: 0.5 |
| Date: | June 11, 2019<br>Draft letter requesting court to grant motion to enforce as unopposed | Case: SD Protection | Hours Worked: 0.3 |

TOTAL: 3.6 Hours