UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL FISHER, on behalf of himself
and others similarly situated,

                            Plaintiff,

     -against-

SD PROTECTION INC., et al.,

                          Defendants.
------------------------------------------------------------X

17 Civ. 2229 (RMB)

**ORDER**

The Court has received the mandate from the United States Court of Appeals for the Second Circuit, dated February 25, 2020, vacating the Court's order of July 27, 2018 and remanding the case to the Court to "evaluate the reasonableness of the requested attorneys' fees and costs without using proportionality as an outcome determinative factor." Each party shall submit a letter by Thursday, March 5, 2020 at noon with suggestions as to how to proceed. A hearing will be held on Wednesday, March 11, 2020 at 11:00 a.m. to discuss the next steps.

Dated: New York, New York
         March 3, 2020

                                                    RICHARD M. BERMAN
                                                  U.S.D.J.