**LAW OFFICES OF NOLAN KLEIN, P.A.**                              ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

www.nklegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

**MEMO ENDORSED**

Nolan Klein, Esq.
klein@nklegal.com

March 3, 2020

**VIA ECF**

Honorable Judge Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 17B
New York, NY 10007

Re:   *Fisher v. SD Protection Inc., et al.*
      SDNY Case No. 1:17-cv-02229

*Counsel may appear by phone. Christine Murray or Chelsea Tabolt will arrange the call + be in touch with Counsel.*

SO ORDERED:
Date: 3/3/20   /s/ Richard M. Berman
U.S.D.J.

Dear Judge Berman,

Defendants took no position in the appeal, and take no position with respect to the next steps, except that they would not agree to pay any more (gross) than has already been agreed to. Moreover, Defendant's counsel is now located in Florida and no longer actively representing Defendants; to the extent Defendant's counsel is needed at the status conference, I respectfully request leave to appear by telephone.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   */s/ Nolan Klein*
      NOLAN KLEIN, ESQ.
      (NK4223)

NKK/amd
cc: Anne M. Seelig, Esq. and C.K. Lee, Esq. (via ECF)