# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   212-661-1008
                   anne@leelitigation.com

March 4, 2020

**Via ECF**
The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Fisher v. SD Protection Inc., et al.
                Case No. 17-cv-2229

Dear Judge Berman:

    We are counsel to Plaintiff. In view of the Court's Order granting Defendants' counsel's request to appear telephonically for the hearing scheduled for March 11, 2020 at 11:00 a.m. (Dkt. 101), the undersigned respectfully requests that such hearing be converted to a telephonic hearing, and further requests permission to similarly appear by phone.

    We thank the Court for considering this matter.

Respectfully,

*/s/ Anne Seelig*

Anne Seelig, Esq.

cc: all parties via ECF