UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL FISHER, on behalf of himself
and others similarly situated,

                      Plaintiff,

    -against-

SD PROTECTION INC., et al.,

                      Defendants.

------------------------------------------------------------X

17 Civ. 2229 (RMB)

**ORDER**

The Court has decided to permit counsel for both parties to appear at the March 11, 2020 hearing by telephone. Chambers will contact counsel with dial-in instructions.

Dated: New York, New York
         March 5, 2020

                                      **RICHARD M. BERMAN**
                                      U.S.D.J.