```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
MICHAEL FISHER, et al.,                                     :
                                                            :
                        Plaintiffs,                         :   17 Cv. 2229 (RMB)
                                                            :
        - against -                                         :   ORDER
                                                            :
SD PROTECTION, INC., et al.,                                :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------x
```

The teleconference currently scheduled for Wednesday, March 11, 2020, at 11:00 a.m. is hereby rescheduled to Tuesday, March 17, 2020, at 10:00 a.m.

Dated: New York, New York
       March 10, 2020



**RICHARD M. BERMAN**
U.S.D.J.