# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-661-1008
   anne@leelitigation.com

April 13, 2020

**Via ECF**
The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

 Re: Fisher v. SD Protection Inc., et al.
  Case No. 17-cv-2229

Dear Judge Berman:

 We are counsel to Plaintiff and write in response to the Court's Decision and Order dated April 7, 2020 (ECF Dkt. 107) (the "Decision"), to inform the Court on how Plaintiff intends to proceed, in light of the Decision.

 Although we still believe the Settlement Agreement, including the fee split, is fair and reasonable, in the interests of resolving this matter and avoiding the incursion of any additional legal fees, Plaintiff agrees to enter into a revised settlement based upon the allocation of the settlement amount set forth in the Decision. We have informed Defendants' counsel accordingly, however, Defendants' counsel has advised that he plans to withdraw as counsel.

Respectfully,

*/s/ Anne Seelig*

Anne Seelig, Esq.

cc: all parties via ECF