# Lee Litigation Group, PLLC

148 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-1008
anne@leelitigation.com

April 28, 2020

**Via ECF**
The Honorable Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Fisher v. SD Protection Inc. et al*
                  Case No. 1:17-cv-2229-RMB-KNF

Dear Judge Berman:

      We are counsel to Plaintiff in the above-captioned matter. As per the Court's Order dated April 7, 2020 (Docket No. 107), we prepared a revised settlement agreement and sent same to Defendants' counsel. Counsel responded that he would provide same to his client. As of today's date (the deadline for submitting the revised settlement agreement to the Court), we have not received approval to finalize the revised agreement for execution from either Defendants or Defendants' counsel. As such, we respectfully request the Court extend today's deadline by one (1) week.

      We thank Your Honor for considering this matter.

Respectfully,

*/s/ Anne Seelig*
Anne Seelig, Esq.