UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL FISHER,                                  :
                                                 :
            Plaintiff,                :
                                                 :        17 Civ. 2229 (RMB)
   - against -                                :
                                                 :        **ORDER**
SD PROTECTION INC., et al.,                      :
                                                 :
            Defendants.               :
------------------------------------------------------------x

In light of the Court's June 4, 2020 order approving the settlement agreement in this case, as well as Plaintiff's counsel's February 3, 2022 letter stating that the settlement has been "fully paid," the Clerk is directed to close this case.

Dated: New York, New York
        June 16, 2022

                                                      **RICHARD M. BERMAN**
                                                           U.S.D.J.